IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BETTY J. GOSDA,** | ) | CASE NO. 4:11CV3176 |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's motion and application for leave to proceed in forma pauperis on appeal (Filing No. 2).

The Plaintiff has complied with Federal Rule of Appellate Procedure 24. Accordingly,

IT IS ORDERED:

1. The Plaintiff's motion and application for leave to proceed in forma pauperis on appeal (Filing No. 2) is granted; and

2. The Plaintiff is granted leave to proceed on appeal in forma pauperis.

DATED this 17th day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge